## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SHANNON JENKINS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:22-cv-01152-GBW |
| | ) | |
| v. | ) | |
| | ) | |
| 1LIFE HEALTHCARE, INC., AMIR DAN | ) | |
| RUBIN, PAUL R. AUVIL, MARK S. | ) | |
| BLUMENKRANZ, BRUCE W. DUNLEVIE, | ) | JURY TRIAL DEMANDED |
| KALEN F. HOLMES, DAVID P. KENNEDY, | ) | |
| FREDA LEWIS-HALL, ROBERT R. | ) | |
| SCHMIDT, SCOTT C. TAYLOR, and MARY | ) | |
| ANN TOCIO, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i),

plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants

have neither served an answer or a motion for summary judgment in the Action.

Dated: September 21, 2022

**LONG LAW, LLC**

By: */s/ Brian D. Long*

Brian D. Long (#4347)3
3828 Kennett Pike, Suite 208
Wilmington, DE 19807
Telephone: (302) 729-9100
Email: BDLong@longlawde.com

*Attorneys for Plaintiff*